# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| MARY HUSTON, | : No. 510 WAL 2014 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| ALLEN L. SUMMERHILL AND LORI H. SUMMERHILL, | : |
| | : |
| | : |
| Petitioners | : |

| | |
|---|---|
| MARY HUSTON, | : No. 511 WAL 2014 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| ALAN L. SUMMERHILL AND LORI H. SUMMERHILL, | : |
| | : |
| | : |
| Petitioners | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.